UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAMES STEWART, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,

                                      JUDGMENT
                                      17-cv-05120-LDH-JO

                    Plaintiff,

     v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

                    Defendant.
---------------------------------------------------------------X

       An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on February 7, 2020, directing Plaintiff to show cause by February 21, 2020 as to why its claims should not be dismissed with prejudice; and an Order having been filed on May 1, 2020 dismissing this action; it is

       ORDERED and ADJUDGED that this action is dismissed.

Dated: Brooklyn, New York                              Douglas C. Palmer
       May 4, 2020                                            Clerk of Court

                                                   By:    */s/Jalitza Poveda*
                                                             Deputy Clerk